**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-1919**

———————————

ARTHUR MASSEY,

       Plaintiff - Appellant,

    v.

CBRE, INC., CSHV LLC,

       Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:23-cv-00420-RJC-SCR)

———————————

Submitted:  February 18, 2026                  Decided:  February 26, 2026

———————————

Before WILKINSON, AGEE, and HEYTENS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Arthur Massey, Appellant Pro Se.  Joshua L. Rogers, Durham, North Carolina, Douglas Aaron Winegardner, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Massey appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint without prejudice for lack of subject matter jurisdiction. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Massey's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny his motions to appoint counsel and dismiss party and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*